NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6336
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>RICKON AMYON WADE,<br>　a.k.a. "Ricky Wade,"<br><br>　　　　　Defendant. | Case No.: 2:20-mj-969-EJY<br><br>Motion To Quash Writ of Habeas Corpus Ad Prosequendum, Vacate Hearing and Order |

COMES NOW the United States of America, by and through its attorneys, NICHOLAS A. TRUTANICH, United States Attorney, District of Nevada, Kimberly M. Frayn, Assistant United States Attorney, Las Vegas, Nevada, and moves to quash the Order for Issuance of Writ of Habeas Corpus Ad Prosequendum, ECF No. 5 and 6, and vacate the initial appearance hearing scheduled for December 1, 2020 in Courtroom 3C for the following reasons:

On or about November 17, 2020, the Honorable United States Magistrate Judge Youchah granted the government's request for the Issuance of Writ of Habeas Corpus Ad Prosequendum, directing the Warden of Clark County Detention Center (CCDC) to

produce the defendant for his initial appearance hearing on December 1, 2020, in Courtroom 3C. ECF No. 5 and 6. The government has determined, and the USMS has confirmed, that Rickon Amyon Wade is not housed at CCDC, but at City of Las Vegas Detention Center. Accordingly, the government requests that the Writ be quashed and the December 1, 2020, initial appearance be vacated. The government will file a corrected request, identifying the proper location of the defendant and asking that a new hearing date be set so that the USMS has sufficient time to produce the defendant.

WHEREFORE, the Government moves that this Court's Order for Issuance of Writ of Habeas Corpus Ad Prosequendum, ECF No. 5 and 6, be quashed, and the December 1, 2020, initial appearance be vacated.

DATED: This 24th day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

IT IS SO ORDERED.

_____
HONORABLE ELAYNA YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated:  November 24, 2020